Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership,<br><br>          Defendant. | No.: C 11-02573 EMC<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**  ; ORDER |

Case No. C 11-02578 EMC
STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
US_ACTIVE-106593878.1

Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant Bently Holdings California LP may have an additional 28 days up to and including July 21, 2011 to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment, Breach of Contract and Unjust Enrichment.

DATED: July 1, 2011.

REED SMITH LLP

By /s/ Scott D. Baker
Scott D. Baker
Christine M. Morgan
Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

DATED: July 1, 2011.

HELBRAUN LAW FIRM

By [signature]
David M. Helbraun
Attorneys for Defendant
Bently Holdings California LP

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Case No. C 11-02578 EMC — 1 — US_ACTIVE-106593878.1
STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On July 1, 2011, I served the following document(s) by the method indicated below:

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

David M. Helbraun
dmh@helbraunlaw.com
351 California Street, Suite 900
San Francisco, CA 94104
Counsel for Bently Holding California, LP

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 1, 2011, at San Francisco, California.

//s// Shannon Wurth
Shannon Wurth

- 1 -

7/1/11 1:30 PM