1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  Christine M. Morgan (SBN 169350)
   Email: cmorgan@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Plaintiff
   Clear Channel Outdoor, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, | No.: C 11-02573 EMC

13 | Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO AUGUST 20, 2011; [PROPOSED] ORDER**

14 | vs. |

15 | BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership, |

16 |

17 | Defendant. |

Case No. C 11-02578 EMC

STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT TO AUGUST 20, 2011

US_ACTIVE-106593878.1

1  Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant Bently Holdings
2  California LP may have an additional 30 days up to and including August 20, 2011 to answer or
3  otherwise respond to Plaintiff's Complaint for Declaratory Judgment, Breach of Contract and Unjust
4  Enrichment.

6  DATED: July 20, 2011.

7  REED SMITH LLP

9  By  /s/ Scott D. Baker
    Scott D. Baker
10  Christine M. Morgan
    Attorneys for Plaintiff
11  Clear Channel Outdoor, Inc.

12  DATED: July 20, 2011.

13  HELBRAUN LAW FIRM

15  By  David Helbraun /SMD
    David M. Helbraun
16  Attorneys for Defendant
    Bently Holdings California LP

19  IT IS SO ORDERED.

IT IS SO ORDERED
Judge Edward M. Chen

Case No. C 11-02578 EMC    — 2 —    US_ACTIVE-106593878.1
STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT TO AUGUST 20, 2011

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On July 21, 2011, I served the following document(s) by the method indicated below:

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO AUGUST 20, 2011; [PROPOSED] ORDER**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

David M. Helbraun
**Helbraun Law Firm**
351 California Street, Suite 900
San Francisco, CA 94104
Tel: (415) 982.4000
Fax: (415) 352.0988
Email: dmh@helbraunlaw.com

**Counsel for Bently Holding California, LP**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 21, 2011, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Scott D. Baker*
　　　　　　　　　　　　　　　　　　　　　　　　Scott D. Baker

Case No. C 11-02578 EMC　　　　　　　－ 3 －　　　　　　　US_ACTIVE-106593878.1
STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT TO AUGUST 20, 2011