1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  Christine M. Morgan (SBN 169350)
   Email: cmorgan@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Plaintiff
   Clear Channel Outdoor, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, | No.: C 11-02573 EMC |
| 13                         Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO OCTOBER 3, 2011** |
| 14      vs. | ORDER |
| 15  BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership, | |
| 16                         Defendant. | |

Case No. C 11-02578 EMC

STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT TO OCTOBER 3, 2011

US_ACTIVE-106593878.1

1  Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant Bently Holdings
2  California LP may have an additional 44 days up to and including October 3, 2011 to answer or
3  otherwise respond to Plaintiff's Complaint for Declaratory Judgment, Breach of Contract and Unjust
4  Enrichment.

6  DATED: August 15, 2011.

7  REED SMITH LLP

9  By   /s/ Scott D. Baker
       Scott D. Baker
10     Christine M. Morgan
       Attorneys for Plaintiff
11     Clear Channel Outdoor, Inc.

12  DATED: August 12, 2011.

13  HELBRAUN LAW FIRM

15  By [signature]
16     David M. Helbraun
       Attorneys for Defendant
17     Bently Holdings California LP

19  IT IS SO ORDERED:

21  _____
    Edward M. Chen
22  U.S. District Judge