1   Scott D. Baker (SBN 84923)
    Email: sbaker@reedsmith.com
2   Christine M. Morgan (SBN 169350)
    Email: cmorgan@reedsmith.com
3   REED SMITH LLP
    101 Second Street, Suite 1800
4   San Francisco, CA 94105-3659
    Telephone:   +1 415 543 8700
5   Facsimile:   +1 415 391 8269

6   Attorneys for Plaintiff
    Clear Channel Outdoor, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11
    CLEAR CHANNEL OUTDOOR, INC., a          No.: C 11-02573 EMC
12  Delaware corporation,
                                            **STIPULATION EXTENDING TIME FOR
13              Plaintiff,                   FILING OPPOSITION AND REPLY
                                            BRIEFS RE: BENTLY HOLDINGS
14         vs.                              CALIFORNIA, LP'S MOTION TO
                                            DISMISS FOR LACK OF SUBJECT
15  BENTLY HOLDINGS CALIFORNIA LP, a        MATTER JURISDICTION OR, IN THE
    California limited partnership,         ALTERNATIVE, FOR FAILURE TO
16                                          STATE A CLAIM; [PROPOSED] ORDER**
                Defendant.
17
                                            Date:  November 21, 2011
18                                          Time:  2:00 p.m.
                                            Place: Courtroom 5, 17th Floor
19

20

21

22

23

24

25

26

27

28

Case No. C 11-02578 EMC                                    US_ACTIVE-107515607.1

STIPULATION EXTENDING TIME FOR FILING OPPOSITION AND REPLY BRIEFS
RE: BENTLY HOLDINGS CALIFORNIA, LP'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1        Pursuant to Civil L.R. 6-2, the parties hereby stipulate that the briefing schedule on

2    Defendant Bently Holdings California LP's Motion To Dismiss For Lack Of Subject Matter

3    Jurisdiction Or, In The Alternative, For Failure To State A Claim shall be extended and modified as

4    follows:

5

6        Clear Channel Outdoor, Inc.'s Opposition brief due date is extended from October 17, 2011

7    to October 24, 2011.

8

9        Bently Holdings California LP's Reply brief due date is extended from October 24, 2011 to

10    October 31, 2011.

11

12        DATED: October 14, 2011.

13                      REED SMITH LLP

14

15                      By___ */s/ Christine M. Morgan*_____
                           Scott D. Baker

16                           Christine M. Morgan
                           Attorneys for Plaintiff

17                           Clear Channel Outdoor, Inc.

18        DATED: October 14, 2011.

19                      HELBRAUN LAW FIRM

20

21                      By___ */s/ David M. Helbraun*_____
                           David M. Helbraun

22                           Attorneys for Defendant
                           Bently Holdings California LP

23

24    *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,
      *Christine M. Morgan  hereby attests that concurrence in the filing of this document has been*

25    *obtained.*

26

27

28

Case No. C 11-02578 EMC          – 3 –             US_ACTIVE-107515607.1

STIPULATION EXTENDING TIME FOR FILING OPPOSITION AND REPLY BRIEFS
RE: BENTLY HOLDINGS CALIFORNIA, LP'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

US_ACTIVE-107515607.1

STIPULATION EXTENDING TIME FOR FILING OPPOSITION AND REPLY BRIEFS
RE: BENTLY HOLDINGS CALIFORNIA, LP'S MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware