Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership,<br><br>Defendant. | No.: C 11-02573 EMC<br><br>**STIPULATION EXTENDING TIME FOR FILING OPPOSITION AND REPLY BRIEFS RE: BENTLY HOLDINGS CALIFORNIA, LP'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM; [PROPOSED] ORDER**<br><br>Date: November 21, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 17th Floor |

Case No. C 11-02578 EMC
STIPULATION EXTENDING TIME FOR FILING OPPOSITION AND REPLY BRIEFS
RE: BENTLY HOLDINGS CALIFORNIA, LP'S MOTION TO DISMISS

US_ACTIVE-107515607.1

Pursuant to Civil L.R. 6-2, the parties hereby stipulate that the briefing schedule on Defendant Bently Holdings California LP's Motion To Dismiss For Lack Of Subject Matter Jurisdiction Or, In The Alternative, For Failure To State A Claim shall be extended and modified as follows:

Clear Channel Outdoor, Inc.'s Opposition brief due date is extended from October 17, 2011 to October 24, 2011.

Bently Holdings California LP's Reply brief due date is extended from October 24, 2011 to October 31, 2011.

DATED: October 14, 2011.

          REED SMITH LLP

          By   */s/ Christine M. Morgan*
              Scott D. Baker
              Christine M. Morgan
              Attorneys for Plaintiff
              Clear Channel Outdoor, Inc.

DATED: October 14, 2011.

          HELBRAUN LAW FIRM

          By   */s/ David M. Helbraun**
              David M. Helbraun
              Attorneys for Defendant
              Bently Holdings California LP

*\*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christine M. Morgan hereby attests that concurrence in the filing of this document has been obtained.*

1  IT IS SO ORDERED.

2

3

4  _____
   UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware