Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership,<br><br>Defendant. | No.: C 11-02573 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC date:** February 3, 2012<br>**Proposed new CMC date:** February 24, 2012 |

Subject to the approval of the Court, the parties, by and through their undersigned counsel of record, hereby submit this stipulation to continue the Case Management Conference ("CMC") currently scheduled in this action for February 3, 2012.

**RECITALS**

1. A CMC is currently scheduled in this action for February 3, 2011 at 9:00 a.m.

2. Good cause exists for an extension of this deadline and other deadlines directly related to the CMC. The parties are currently in discussions which may ultimately lead to a resolution of this matter.

3. In light of these efforts, the parties' request that the date for the Case Management Conference be continued to February 24, 2012 at 9:00 a.m.

**STIPULATION**

Accordingly, the parties hereby stipulate to continue the CMC from February 3, 2012 @ 9:00 a.m. to February 24, 2012 @ 9:00 a.m. and to file their Joint Case Management Conference Statement by February 17, 2012.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: January 25, 2012.

REED SMITH LLP

By      /s/ Christine M. Morgan
    Scott D. Baker
    Christine M. Morgan
    Attorneys for Plaintiff
    Clear Channel Outdoor, Inc.

DATED: January 25, 2012.

HELBRAUN LAW FIRM

By      /s/ David M. Helbraun*
    David M. Helbraun
    Attorneys for Defendant
    Bently Holdings California LP

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christine M. Morgan hereby attests that concurrence in the filing of this document has been obtained.

IT IS SO ORDERED.

_____
                                      DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*