Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email:  cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership,<br><br>Defendant. | No.: C 11-02573 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC date:**         February 3, 2012<br>**Proposed new CMC date:** February 24, 2012 |

1  Subject to the approval of the Court, the parties, by and through their undersigned counsel of
2  record, hereby submit this stipulation to continue the Case Management Conference ("CMC")
3  currently scheduled in this action for February 3, 2012.

**RECITALS**

1. A CMC is currently scheduled in this action for February 3, 2011 at 9:00 a.m.

2. Good cause exists for an extension of this deadline and other deadlines directly related to the CMC. The parties are currently in discussions which may ultimately lead to a resolution of this matter.

3. In light of these efforts, the parties' request that the date for the Case Management Conference be continued to February 24, 2012 at 9:00 a.m.

**STIPULATION**

Accordingly, the parties hereby stipulate to continue the CMC from February 3, 2012 @ 9:00 a.m. to February 24, 2012 @ 9:00 a.m. and to file their Joint Case Management Conference Statement by February 17, 2012.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C 11-02573 EMC   – 1 –   US_ACTIVE-108396510.1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: January 25, 2012.

2  REED SMITH LLP

3

4  By       /s/ Christine M. Morgan
       Scott D. Baker
5         Christine M. Morgan
       Attorneys for Plaintiff
6         Clear Channel Outdoor, Inc.

7  DATED: January 25, 2012.

8  HELBRAUN LAW FIRM

9

10  By       */s/ David M. Helbraun*\*
       David M. Helbraun
11         Attorneys for Defendant
       Bently Holdings California LP

12

13  *\*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Christine M. Morgan  hereby attests that concurrence in the filing of this document has been obtained.*

16  IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE