Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership,<br><br>Defendant. | No.: C 11-02573 EMC<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff CLEAR CHANNEL OUTDOOR, INC. ("CCO") and Defendant BENTLY HOLDINGS CALIFORNIA LP ("BENTLY"), by and through their respective attorneys, hereby stipulate and agree as follows:

CCO's claims in this action are hereby dismissed with prejudice.

This dismissal shall have no determinative or preclusive effect, including under the doctrines of collateral estoppel or res judicata, on CCO's rights with regard to its rights of ownership, permitting and removal as to the sign structure located at 234-240 Stockton Street, California.

Each party is to bear its own costs and attorney's fees in connection with this action.

DATED: June 14, 2012.

                          REED SMITH LLP

                          By   */s/ Christine M. Morgan*
                              Scott D. Baker
                              Christine M. Morgan
                              Attorneys for Plaintiff
                              Clear Channel Outdoor, Inc.

DATED: June 14, 2012.

                        HELBRAUN LAW FIRM

                        By   */s/ David M. Helbraun*
                            David M. Helbraun
                            Attorneys for Defendant
                            Bently Holdings California LP

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christine M. Morgan hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  IT IS SO ORDERED.



Judge Edward M. Chen