Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Christine M. Morgan (SBN 169350)
Email:  cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, | No.: C 11-02573 EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| BENTLY HOLDINGS CALIFORNIA LP, a California limited partnership, | |
| Defendant. | |

1  Plaintiff CLEAR CHANNEL OUTDOOR, INC. ("CCO") and Defendant BENTLY
2  HOLDINGS CALIFORNIA LP ("BENTLY"), by and through their respective attorneys, hereby
3  stipulate and agree as follows:

5  CCO's claims in this action are hereby dismissed with prejudice.

7  This dismissal shall have no determinative or preclusive effect, including under the doctrines
8  of collateral estoppel or res judicata, on CCO's rights with regard to its rights of ownership,
9  permitting and removal as to the sign structure located at 234-240 Stockton Street, California.

11  Each party is to bear its own costs and attorney's fees in connection with this action.

13  DATED: June 14, 2012.

REED SMITH LLP

By  */s/ Christine M. Morgan*
    Scott D. Baker
    Christine M. Morgan
    Attorneys for Plaintiff
    Clear Channel Outdoor, Inc.

DATED:  June 14, 2012.

HELBRAUN LAW FIRM

By  */s/ David M. Helbraun*
    David M. Helbraun
    Attorneys for Defendant
    Bently Holdings California LP

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Christine M. Morgan  hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen